IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL 12-00159-DAE-RLP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| THIRTY-SEVEN THOUSAND THREE HUNDRED SIXTY-NINE DOLLARS AND TWENTY-SIX CENTS ($37,369.26) IN UNITED STATES CURRENCY, | ) ) ) ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on June 15, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S EX PARTE MOTION FOR DEFAULT JUDGMENT AND FOR DECREE OF FORFEITURE," docket entry no. 18, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, July 3, 2012.



_____
David Alan Ezra
United States District Judge